Daniel O. Jamison, Esq. #76880
Christopher E. Seymour, Esq. # 126330
DOWLING AARON INCORPORATED
8080 N. Palm Avenue
Third Floor
Fresno, CA 93711
559-432-4500 Tel.
559-432-4590 Fax
djamison@dowlingaaron.com; cseymour@dowlingaaron.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horisons Unlimited, a California nonprofit corporation, and Horisons Unlimited Health Care, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Santa Cruz-Monterey-Merced Managed Medical Care Commission dba Central California Alliance for Health; County of Merced; The Board of Supervisors of the County of Merced and the Individual Members Thereof,<br><br>Defendants. | Case No.   1:14-cv-00123 LJO/MJS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF THE BOARD OF SUPERVISORS OF THE COUNTY OF MERCED AND THE INDIVIDUAL MEMBERS THEREOF AND ORDER THEREON** |

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed between the parties hereto, by and through the undersigned, that the Court may enter its order that (1) injunctive relief, if any, ordered against the County of Merced shall be binding upon the Board of Supervisors of the County of Merced and the Individual Members thereof in their Official Capacity, (2) the Board of Supervisors of the County of Merced and the Individual Members thereof be dismissed without prejudice, (3) the County of Merced shall remain a defendant, (4) each of Plaintiffs, on the one hand, and the Board of Supervisors of the County of Merced and the Individual Members thereof, on the other hand, shall bear its/his/her own Court costs, other expenses and attorney fees as between them in connection with this dismissal without prejudice; (5) County of Merced does not waive its right, if any, to proceed for attorneys fees and other sanctions under Federal Rules of Civil Procedure, rule 11, 42 U.S.C. §1988, or otherwise.  Should the Board of Supervisors or members of the Board of Supervisors be added to the case, then they also will not waive their rights, if any, to proceed for attorneys fees and other sanctions under Federal Rules of Civil Procedure, rule 11, 42 U.S.C. §1988, or otherwise; and (6) all of each Plaintiff's rights, if any, as to the County of Merced are preserved and nothing herein shall be deemed to affect those rights.

DOWLING AARON INCORPORATED

Dated: _____ 2014        By: /s/Daniel O. Jamison_____
                                Daniel O. Jamison
                                Attorneys for Plaintiffs


Dated: _____ 2014        By: /s/Roger S. Matzkind_____
                                Roger S. Matzkind, Esq.,
                                Merced County Counsel
                                Attorneys for County of Merced,
                                "Board of Supervisors of the County
                                of Merced, and the Individual Members
                                thereof in their official capacity only".

ORDER

Based on the above stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **March 4, 2014**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE