Daniel O. Jamison, Esq. #76880
Christopher E. Seymour, Esq. # 126330
DOWLING AARON INCORPORATED
8080 N. Palm Avenue
Third Floor
Fresno, CA 93711
559-432-4500 Tel.
559-432-4590 Fax
djamison@dowlingaaron.com; cseymour@dowlingaaron.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horisons Unlimited, a California nonprofit corporation, and Horisons Unlimited Health Care, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Santa Cruz-Monterey-Merced Managed Medical Care Commission dba Central California Alliance for Health; County of Merced; The Board of Supervisors of the County of Merced and the Individual Members Thereof,<br><br>Defendants. | Case No.   1:14-cv-00123 LJO/MJS<br><br>**STIPULATION TO CONTINUE MAY 8, 2014 SCHEDULING CONFERENCE AND RELATED FED. R. CIV. PROC. RULE 26 DATES AND ORDER THEREON**<br><br>**DATE: May 8, 2014**<br>**TIME:   10:00 a.m.**<br>**CRTM:   6** |

The parties hereto, by and through the undersigned, hereby stipulate and agree that the Court may enter an order continuing the presently scheduled May 8, 2014 Scheduling Conference, the due date of the Fed. Rules of Civ. Procedure Rule 26(a) for exchange of Initial Disclosures, and the due date for the Joint Scheduling Report, as follows:

1. Date for Scheduling Conference: 45 days following the addition of parties to the action, if any, and the completion of the pleadings, meaning the last answer to the last counterclaim, if any, or last answer to a third party complaint, if any, whichever is later.

2. The due date for Initial Disclosures under Rule 26(a) be continued to 30 days following the aforementioned completion of the pleadings; and

3. The due date for the parties' Joint Scheduling Report be set for 7 days prior to the continued date for the Scheduling Conference.

The parties further stipulate and agree that this stipulation is offered to the Court upon the following grounds:

1. On April 8, 2014, the attorneys for the parties held a lengthy Rule 26(f) conference.

2. There are currently pending motions to dismiss under Rule 12(b)(6) and 12(b)(1) brought by both defendants and scheduled to be heard on April 28, 2014.

3. There is also pending the County of Merced's Motion for Sanctions under Rule 11 scheduled to be heard on May 15, 2014.

4. At the Rule 26(f) conference, counsel for defendants asserted that the State of California and the United States of America must be added as parties to the action should the action survive the pending motions to dismiss.

5. At the Rule 26(f) conference counsel for Santa Cruz-Monterey-Merced Managed Medical Care Commission stated he expects to file one or more counterclaims should the action survive the pending motions to dismiss.

DOWLING AARON INCORPORATED

Dated: April 14, 2014          By: /s/Daniel O. Jamison
                                   Daniel O. Jamison
                                   Attorneys for Plaintiffs


Dated: April 14, 2014          By: /s/Roger S. Matzkind
                                   Roger S. Matzkind, Esq.,
                                   Attorneys for County of Merced


WILKE FLEURY HOFFELT GOULD
& BIRNEY LLP


Dated: April 11, 2014          By: /s/Anthony R. Eaton
                                   Anthony R. Eaton, Esq.
                                   Attorneys for Santa Cruz-Monterey-Merced
                                   Managed Medical Care Commission
                                   dba Central California Alliance for Health


## ORDER

Based on the above stipulation and good cause appearing, the Initial Scheduling Conference set for May 8, 2014 at 10:00 am is CONTINUED to July 31, 2014 at 10:00 am before Magistrate Judge Michael J. Seng.

IT IS SO ORDERED.

Dated:   April 14, 2014              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1098724.1
3
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

1
2
3
4
5
6
7   W:\NETDRIVE\wdocs\maindocs\16082\001\01512212.DOCX
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1098724.1                                4
STIPULATION TO CONTINUE SCHEDULING CONFERENCE