1

2          UNITED STATES DISTRICT COURT

3          EASTERN DISTRICT OF CALIFORNIA

4          FRESNO DIVISION

5   HORISONS UNLIMITED, a California            Case No. 1:14-cv-00123-LJO-MJS
    nonprofit corporation, and HORISONS
6   UNLIMITED HEALTH CARE, a California         **ORDER RE  MEDIATION AND**
    corporation,                                **CONTINUING DATES**
7                    Plaintiffs,

8          v.

9   SANTA CRUZ-MONTEREY-MERCED
    MANAGED MEDICAL CARE
10  COMMISSION dba CENTRAL
    CALIFORNIA ALLIANCE FOR HEALTH;
11  COUNTY OF MERCED; and THE BOARD
    OF SUPERVISORS OF THE COUNTY OF
12  MERCED AND THE INDIVIDUAL
    MEMBERS THEREOF,
13
                     Defendant.
14

15

16                          **RECITALS**

17         On January 28, 2014, Plaintiffs HORISONS UNLIMITED and HORISONS UNLIMITED

18  HEALTH CARE ("Plaintiffs") filed their Complaint in the above-captioned action against Defendants

19  SANTA CRUZ-MONTEREY-MERCED MANAGED MEDICAL CARE COMMISSION dba

20  CENTRAL CALIFORNIA ALLIANCE FOR HEALTH (the "Alliance"); the COUNTY OF

21  MERCED (the "County"); and THE BOARD OF SUPERVISORS OF THE COUNTY OF MERCED

22  AND THE INDIVIDUAL MEMBERS THEREOF[1].

23         On March 18, 2014, the County filed a motion to dismiss Plaintiffs' Complaint. Thereafter, on

24  March 20, 2014, the Alliance also filed a motion to dismiss.  After considering the parties' moving

25  papers and ordering supplemental briefing, the Court largely granted both motions to dismiss on June

26  30, 2014.

27  _____

28  [1] Plaintiffs subsequently dismissed the Merced County Board of Supervisors and its individual members.

WILKE, FLEURY,
HOFFELT, GOULD &     1136353.1                    -1-                    1:14-cv-00123-LJO-MJS
BIRNEY, LLP
ATTORNEYS AT LAW                              STIPULATION
SACRAMENTO

1   In its June 30, 2014 order, the Court granted Plaintiffs 20 days to amend their complaint and

2   ordered Defendants to file any responsive pleadings within 20 days of the filing of any amended

3   complaint.  The Court also ordered that Golden Valley Health Centers be joined as a party to this

4   action.

5   After reviewing the Court's order, Plaintiffs and the Alliance have agreed to attempt to resolve

6   this pending litigation in its entirety through mediation before Judge Oliver Wanger.  To date, the

7   County has declined to participate as has Golden Valley Health Centers, but Plaintiffs and the

8   Alliance can potentially resolve all of the significant issues in this matter amongst themselves, or

9   potentially substantially reduce claims, issues and parties.  In the interest of efficiency and to ensure

10  that the parties' focus all of their collective energy on resolving this matter via mediation, the parties

11  have agreed to continue Defendants' deadline to respond to Plaintiffs' amended complaint to 20 days

12  beyond the date of the scheduled mediation should that mediation be unsuccessful.  Plaintiffs and the

13  Alliance agree that they will schedule the agreed upon mediation within 30 days of the entry of this

14  Stipulation and Order with the precise date subject to the parties' and Judge Wanger's availability.

15  **ORDER**

16  Given the above, the Court ORDERS as follows:

17

18  1.   Plaintiffs and the Alliance shall schedule a mediation with Judge Oliver Wanger to be

19       completed within 30 days of the entry of this Stipulation and Order subject to the

20       parties' and Judge Wanger's schedules. **The parties shall forthwith proceed to**

21       **schedule the mediation, and shall notify the Court of the date of mediation as**

22       **soon as it is set.**

23

24  2.   **Should either party conclude the mediation is not going to be successful, that**

25       **party shall notify the other and the Court of such conclusion in writing**, and  the

26       Alliance and the County shall have 20 days from the date of such writing  or from the

27       date of completion of the mediation to file any responsive pleading to Plaintiffs'

28       amended complaint, if any.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1136353.1                    -2-                    1:14-cv-00123-LJO-MJS
                          STIPULATION

1       3.      The Joint Scheduling Conference, presently scheduled for August 28, 2014, at 10:30

2             a.m.  shall also be continued for at least 30 days to a new date to be set by the Court.

3

4   IT IS SO ORDERED.

5

6       Dated:    July 25, 2014          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1136353.1                          -3-                    1:14-cv-00123-LJO-MJS
                              STIPULATION