Daniel O. Jamison, Esq. #76880
Christopher E. Seymour, Esq. #126330
DOWLING AARON INCORPORATED
8080 N. Palm Avenue
Third Floor
Fresno, CA 93711
Tel. (559) 432-4500
Fax (559) 432-4590
djamison@dowlingaaron.com; cseymour@dowlingaaron.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Horisons Unlimited, a California nonprofit corporation and Horisons Unlimited Health Care, a California Corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>Santa Cruz-Monterey-Merced Managed Medical Care Commission dba Central California Alliance for Health; County of Merced; Golden Valley Health Centers,<br><br>            Defendants. | CASE NO.  14-CV-00123-LJO/MJS<br><br>**STIPULATION AND ORDER TO CONTINUE DATES**<br><br>Complaint Filed: January 28, 2014<br>Trial Date:         Not Yet Set |

On July 18, 2014, Plaintiffs HORISONS UNLIMITED and HORISONS UNLIMITED HEALTH CARE ("Plaintiffs") filed their First Amended Complaint in the above-captioned action against Defendants SANTA CRUZ-MONTEREY-MERCED MANAGED MEDICAL CARE COMMISSION dba CENTRAL CALIFORNIA ALLIANCE FOR HEALTH ("Alliance"); the COUNTY OF MERCED (the "County"); and GOLDEN VALLEY HEALTH CENTERS ("Golden Valley"). Golden Valley has not yet made an appearance in this action.

On August 20, 2014, Plaintiffs and Alliance participated in a mediation before Judge Oliver Wanger. Plaintiffs and Alliance reached a settlement agreement during that mediation. This settlement may affect Plaintiffs' remaining claims, if any, against Golden Valley. In the interest of efficiency and conservation of judicial resources, Plaintiffs have agreed to extend Golden Valley's deadline for responding to the First Amended Complaint to September 9, 2014, inclusive.

**STIPULATION**

Given the above, the parties HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Golden Valley's response to Plaintiff's First Amended Complaint shall be due September 9, 2014.

IT IS SO STIPULATED.

Dated: August 26, 2014                                   DOWLING AARON INCORPORATED

By: /s/Daniel O. Jamison_____
DANIEL O. JAMISON
Attorney for Plaintiffs
HORISONS UNLIMITED and
HORISONS UNLIMITED
HEALTH CARE

Dated: August 26, 2014                                   GORDON & REES, LLP

By: /s/Brian P. Maschler_____
BRIAN P. MASCHLER
Attorney for Defendant
GOLDEN VALLEY HEALTH
CENTERS

-2-

Case No. 14-CV-00123-LJO/MJS

STIPULATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, the above Stipulation is approved and adopted as the Order of this court.  Golden Valley's response to Plaintiff's First Amended Complaint in CASE NO.  14-CV-00123-LJO/MJS is due September 9, 2014.

IT IS SO ORDERED.

Dated:   August 28, 2014            /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

-3-

Case No. 14-CV-00123-LJO/MJS

STIPULATION