# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORISONS UNLIMITED and HORISONS UNLIMITED HEALTH CARE,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CRUZ-MONTEREY-MERCED MANAGED MEDICAL CARE COMMISSION d/b/a CENTRAL CALIFORNIA ALLIANCE FOR HEALTH and THE COUNTY OF MERCED,<br><br>Defendants. | 1:14-cv-00123-LJO-MJS<br><br>ORDER TO DISMISS AND CLOSE ACTION (Doc. 62) |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 62), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **September 15, 2014**           **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE