# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HORISONS UNLIMITED and HORISONS UNLIMITED HEALTH CARE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SANTA CRUZ-MONTEREY-MERCED MANAGED MEDICAL CARE COMMISSION d/b/a CENTRAL CALIFORNIA ALLIANCE FOR HEALTH, et al.,**<br><br>**Defendants.** | 1:14-cv-123-LJO-SAB<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION TO CORRECT CLERICAL MISTAKE (Doc. 64); VACATING PREVIOUS ORDER OF DISMISSAL (Doc. 63); AND DISMISSING DEFENDANTS PURSUANT TO STIPULATION (Doc. 62)** |

On August 29, 2014, the parties filed a stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this action. Doc. 62. Based on the parties' stipulation, the Court dismissed and closed this case on September 16, 2014. Doc. 63. On October 9, 2014, Plaintiffs filed a motion to correct a clerical error in the September 16, 2014 order under Fed. R. Civ. P. 60(a) or, in the alternative, Fed. R. Civ. P. 59(e). Doc. 64.

Plaintiffs' motion is GRANTED. Pursuant to Fed. R. Civ. P. 60(a) and based on the parties' stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 62), this Court:

1. VACATES the September 16, 2014 order (Doc. 63);
2. DISMISSES WITH PREJUDICE all claims against Defendant Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central California Alliance for Health; and
3. DISMISSES WITHOUT PREJUDICE all claims against Defendants County of Merced and Golden Valley Health Centers.

1

All parties to this action shall bear their own costs and attorney's fees. This case shall remain closed.

IT IS SO ORDERED.

Dated:   **October 14, 2014**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE